**FILED UNDER RESTRICTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 20-cv-01216

UNITED STATES OF AMERICA,

    Plaintiff,

v.

227 RED MESA HEIGHTS ROAD, GRAND JUNCTION, COLORADO 81507,

    Defendant.

## UNITED STATES' MOTION FOR LEAVE TO RESTRICT THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW Plaintiff United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, and respectfully moves the Court for an order restricting the *Verified Complaint for Forfeiture In Rem* ("Verified Complaint") at Level 2 restriction pursuant to D.C.COLO.LCivR 7.2, limiting access to the filing party and the Court. In support of this Motion, the United States submits the following:

    1.    The Verified Complaint has been filed as a part of a continuing investigation.

    2.    The release of the information in the Verified Complaint in this matter may substantially jeopardize the ongoing investigation, as well as related investigations, based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the Verified Complaint be restricted at Level 2, until further order of the Court.

DATED this 30th day of April 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/ Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
303-454-0100
Email: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*